DUCKWORTH ET AL., APPELLANTS, *v.* CREATIVE
INTERGLOBAL, INC. ET AL., APPELLEES.

[Cite as *Duckworth v. Creative Interglobal,
Inc.* (1995), 74 Ohio St.3d 12.]

(No. 94–1379—Submitted September 27, 1995—Decided November 1, 1995.)

*Gaines & Stern Co., L.P.A., John V. Scharon, Jr.* and *James S. Casey,* for appellants.

*Gravens & Franey Co., L.P.A.,* and *Martin T. Franey,* for appellees.

*Wolske & Blue* and *Michael S. Miller,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

The judgment of the court of appeals is reversed on the authority of *Fyffe v. Jeno's, Inc.* (1991), 59 Ohio St.3d 115, 570 N.E.2d 1108, and the cause is remanded to the trial court for further proceedings.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., WRIGHT and COOK, JJ., dissent and would affirm the judgment of the court of appeals.